UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORETTA ANN GORDON,

    Plaintiff,

v.                                                                Case No. 09-13631
                                                               Hon. Lawrence P. Zatkoff

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 21], in which the Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. Plaintiff has filed objections to the Report and Recommendation [dkt 22], and the Court reviews the objected-to portions of the Report and Recommendation *de novo*.

The Court has thoroughly reviewed the court file, the Report and Recommendation, and Plaintiff's objections. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 10] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [dkt 15] is GRANTED.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: June 28, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 28, 2010.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290